JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA NIXON, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SPRINT SPECTRUM, L.P. and SPRINT SOLUTIONS, INC. <br><br> Defendants. | **Case No.: 2:17-cv-01149-FMO-JPR** <br><br> **ORDER ON STIPULATION [18]** |

 IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.


      Dated this 24th day of May, 2017



      _____/s/_____
      The Honorable Fernando M. Olguin